■ ASHLAND OIL & REFINING COMPANY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 42843.) — Judgment unanimously affirmed, without costs. (See *Matter of Consolidated Edison Co.* v. *Lindsay,* 24 N Y 2d 309.) (Appeal from judgment of Court of Claims dismissing claim for expense of relocation of pipelines.) Present — Goldman, P. J., Marsh, Witmer, Moule and Bastow, JJ.